UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,                    Case Number 22-20630

v.                                                      Honorable David M. Lawson

NOPPHADON NINSAWAT,

                    Defendant.
_____/

## ORDER REGARDING TRIAL MOTIONS

On November 27, 2023, after the government completed its proofs in the case, the defendant filed a motion for judgment of acquittal. The Court heard oral argument on the same date and issued a ruling from the bench denying the motion. After the jury returned a verdict finding the defendant guilty on all counts, the government moved to revoke his bond pending sentencing, and the defendant indicated that he intends to file a motion for reconsideration of the ruling denying his motion for a directed verdict. The Court denied the government's motion to revoke bond without prejudice to renewal of the motion after the defendant's forthcoming motion for reconsideration is adjudicated.

Accordingly, it is **ORDERED** that the defendant's motion for a judgment of acquittal (ECF No. 73) is **DENIED** for the reasons stated on the record.

It is further **ORDERED**, for the reasons stated on the record, that the government's oral motion for bond revocation (ECF No. 75) is **DENIED** without prejudice to renewal after the Court has adjudicated the defendant's forthcoming motion for reconsideration.

- 2 -

It is further **ORDERED** that the Clerk of Court shall eliminated from the docket the erroneously docketed entries relating to other oral motions (ECF No. 74, 76).

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Dated:   November 30, 2023